# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:10-cr-407-KJD-RJJ |
| )  PLAINTIFF, ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| TARL BRANDON, and ) | |
| COREY SMILEY, ) | |
| ) | |
| DEFENDANTS. ) | |

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the defendants and offenses charged in case numbers 2:09-cr-494-KJD-VCF, 2:10-cr-209-KJD-VCF and 2:10-cr-407-KJD-RJJ are joined for trial.

DATED this __15__ day of __March__ 2012.

_____
UNITED STATES DISTRICT JUDGE

**ELECTRONIC CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing MOTION TO JOIN CASES FOR JOINT TRIAL was electronically served on counsel of record.

Date: March 13, 2012.


/S/   Pamela J. Mrenak
PAMELA J. MRENAK
Legal Assistant