**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-209-KJD-(VCF) |
| ) | 2:10-CR-407-KJD-(VCF) |
| TARL BRANDON, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On June 12, 2012, defendant TARL BRANDON was found guilty by a jury, convicting him in Docket No. 2:10-CR-209-KJD-(VCF) in Count One of Conspiracy to Commit Bank Fraud, Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349, and in Counts Two through Four of Wire Fraud in violation of Title 18, United States Code, Section 1343. Jury Verdict, ECF No. 99.

On June 12, 2012, defendant TARL BRANDON was found guilty by a jury, convicting him in Docket No. 2:10-CR-407-KJD-(VCF) in Count One of Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections1343 and 1349, and in Counts Two through Thirteen of Wire Fraud in violation of Title 18, United States Code, Section 1343. Jury Verdict, ECF No. 95.

This Court finds that Tarl Brandon shall pay, in Docket No. 2:12-CR-209-KJD-(VCF), a criminal forfeiture money judgment of $1,569,599.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

This Court also finds that Tarl Brandon shall pay, in Docket No. 2:12-CR-407-KJD-(VCF), separate and distinct from the criminal forfeiture money judgment in the companion case cited above, a criminal forfeiture money judgment of $5,942,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tarl Brandon a criminal forfeiture money judgment in the amount of $1,569,599.00 in United States Currency in Docket No. 2:12-CR-209-KJD-(VCF), and a separate criminal forfeiture money judgment in the amount of $5,942,00.00 in United States Currency in Docket No. 2:12-CR-407-KJD-(VCF).

DATED this 25th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE